USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: __11/19/13__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Chiron Watkins_
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_Kamlesh Verma; Abraham David; Claudia_
_Fidanique; Venkataraman Radhakrishman;_
_Gorovoy; Vasquez; Noel; Admont; Anozie; Wiggins_
_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**AMENDED COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☒ Yes   ☐ No
(check one)

_13_ Civ. _5993_ (LAP)

RECEIVED
NOV 19 2013
PRO SE OFFICE

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name _Chiron Watkins_
ID# _NYSID #02572777M_    # _8951300862_
Current Institution _AMKC Rikers Island_
Address _18-18 Hazen Street_
_E. Elmhurst, N.Y. 11370_

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _All defendants_   Shield #_____
Where Currently Employed _Mid-hudson Forensic Psychiatric Center_
Address _2834 Route 17M_
_New Hampton, NY 10958_

Rev. 01/2010

1

Defendant No. 2    Name _____ Shield # _____

Where Currently Employed _____

Address _____

_____

Defendant No. 3    Name _____ Shield # _____

Where Currently Employed _____

Address _____

_____

[Who did what?]

Defendant No. 4    Name _____ Shield # _____

Where Currently Employed _____

Address _____

_____

Defendant No. 5    Name _____ Shield # _____

Where Currently Employed _____

Address _____

_____

II. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

_Mid Hudson Forensic Psychiatric Center_

B. Where in the institution did the events giving rise to your claim(s) occur?

_Within the dormatory of Building 3 Ward 31/32_

C. What date and approximate time did the events giving rise to your claim(s) occur?

_From April 20th, 2013 to June 20th, 2013_

[What happened to you?]

D. Facts: _Defendants at mid-Hudson has disregarded my health concerns throughout my stay and subjected my living conditions to a unhygenic environment and to cruel and inhumane behaviors. My Constitutional rights were violated by the Codified_

Rev. 01/2010

2

rules enforced. My human rights were not upheld by defendants. My solution to my medical concerns were not professionally reviewed or considered and was denied and ignored by defendants opinionated decisions. I have sat in the presences of all defendants and brought to their attention the reason for my medical request nemerous occassions and was denied without professional evaluation concerning the matter. I also mentioned to defendants solutions to the unhealthy environment, and inhumane behaviors verbally and/or written. Such as cleaning bathroom and dayroom 3 times a day, use antibacterial chemicals, and issue spoons to eat certain foods like peanut butter, oatmeal, or soup. Yet, because the facility is for mental illnesses the spoons were not allowed most the time. That destroys ones morals and values. I feel defendants had no consideration to the mentally ill and verbally abused them because of the lack of understanding and comprehension due to mental impairment.

<div style="border:1px solid;padding:4px;">Was anyone else involved?</div>

<div style="border:1px solid;padding:4px;">Who else saw what happened?</div>

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

- Human Rights and Constitutional Violations.
- Denial of medical attention to get to the source of migraines
- Constant migraine headaches
- Mental & Emotional Stress
- Misdiagnosis and false diagnosis
- Pain and Suffering

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ✓    No ___

Defendants: Kamlesh Verma; Abraham David; Claudia Fidanique; Venkataraman Radhakrishman; and Gorovoy are/were members of the Treatment Team that held discussions, questions concerning , evaluation and progress since my stay from 4-11-2013 to 6-20-2013. The above mentioned defendants disregarded my health concerns and health solutions that were not professionally reviewed or considered. With Mid Hudson being my temporary care taker The above mentioned defendants are to provide to me: food, clothing, shelter, social services, and medical care..Provision to Article 25(1) of Human rights. On April 11th, 2013 I arrived at Mid Hudson and mentioned my medical conditions to Dr. John Doe. I mentioned to the administration my concerns with the unhygentic environment, my concerns with the cruel and inhumane behaviors that I was subjected to, and the unconstitutional searches.

Defendants: Vasquez; Noel; Admont; Anozie; and Wiggins are/were members of the Treatment Assistants that were residental super visors and oversaw the facility ward unit.
The above mentioned defendants enforced codified rules as facili-ty manatory rules which violated my facility rights and constit-utional rights. violations included the denial of a healthy mea-l because I choose to exercise my facility right to refuse treatment/program; illegal search of my property without me bein-g present; confiscating hygentic products such as toothbrush, toothpaste, and towels. I brought to the above mentioned defend-ants and their supervisors attention that it would be conscious-ly unsanitary to leave my personal hygentic products accesible to the other patients within my ward. That I was indeed around people with mental illnesses and would not want to use a tooth brush that another chose to use by mistake and that I was consci-ous of that and chose to avoid those risk.

Defendants mentioned within both above paragraphs has violated human rights, constitutional rights, facility rights, and my own morals and values by subjecting my stay at their facility to the cruel and inhumane behaviors and a unhealthy, unsanitary environment, as well as refusing one medical treatment and cohercion the mentally ill. All mentioned defendants are indeed in partnership with the U.S. justice system, and other state and federal agents and are in violation of their sworn oaths under such partnership and employment as state and federal employees.

There are video cameras throughout ward 31 and 32.
If they were functioning and recording properly the footage would conclude my claim within this Amend as unhygentic, cruel and inhumane behaviors the patients were subjected to and the actions of staff at mid hudson forensi psychiatric center.

without prejudice
UCC 1-207/ 1-308
*Chron Watkins*

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Mid Hudson forensic Psychiatric Center Administration.

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

With Administration

1. Which claim(s) in this complaint did you grieve?
Constitutional Rights; Living conditions; Medical concerns; Searches and Seizures.

2. What was the result, if any?
Questioned about Complaint. No Resolution.

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
The Administration, City hall, NYC mental health and hygiene, Attorney General, Media (7eyewitness, 10/10 wins).

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____ if any, did you take to appeal ____

2.  If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

    I notified all defendants of my issues grieved verbally. They Response was of no consideration Toward my complaint.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    On 5/31/2013 a complaint was filed with F.B.I for Mail Tampering. The Facility Provides Social Service outgoing mail, 2 per week. I sent out Business mail in April and it was Returned To me. I resent the mail and other mail and mail that was sent in April returned to me with no Return Postage by Post office in May by Defendant Abraham David on May 31st, 2013. Which I filed a FBI grievance.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). • $75,000 each defendant in Private & offical capacity. • Defendants Removed from employment duties, • $10,000 fine To defendants for Violating federal rights, • CAT SCAN/MRI/Neurologist Scanning or Screening, $100,000 for Pain Suffering, mental, and emotional stress, and Closed mental health case/Record until futher notice.

Rev. 01/2010

5

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

I notified all defendants of my issues grieved verbally. They response was of no consideration toward my complaint.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

On 5/31/2013 a complaint was filed with F.B.I for mail tampering. The facility provides social service outgoing mail, 2 per week. I sent out business mail in April and it was returned to me. I resent the mail and other mail and mail that was sent in April returned to me with no return postage by post office in may by Defendant Abraham David on May 31st, 2013. Which I filed a FBI grievance.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). •$75,000 each defendant in Private & offical capacity. •Defendants removed from employment duties, •$10,000 fine to defendants for violating federal rights, •CAT SCAN/MRI/Neurologist scanning or screening, $100,000 for pain suffering, mental, and emotional stress, and Closed mental health case/record until futher notice

Rev. 01/2010

5

_____
_____
_____

**VI.   Previous lawsuits:**

<div style="float:left">On these claims</div>

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

_____

____ 3.   Docket or Index number _____
____ 4.   Name of Judge assigned to your case _____
     5.   Approximate date of filing lawsuit _____
     6.   Is the case still pending? Yes ____ No ____
          If NO, give the approximate date of disposition _____
     7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____
_____

<div style="float:left">On other claims</div>

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓   No ____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) ① EAstern district, ② Southern district, ③ EAstern district, ④ EAstern district

____ 3.   Docket or Index number         N/A    Pending
____ 4.   Name of Judge assigned to your case   N/A    Pending
     5.   Approximate date of filing lawsuit    N/A    Pending

*Rev. 01/2010*                                6

VI. Previous Lawsuits:

D. 1. Parties To the Previous Lawsuits:

① A) Plaintiff: Chiron Watkins
B) Defendants: NYC Kings County District Attorney Charles Hynes and Luis Lopez    Status: Pending

② A) Plaintiff: Chiron Watkins; Benjamin Soto; Douglas Duante
B) Defendants: NYC Dept. of Corrections; Dr. Dora Schriro - Commissioner of NYC Dept. of Correction; Luis Rivera - Warden   Status: Pending

③ A) Plaintiff: Chiron Watkins
B) Defendant: C.O. Townes    Status: Pending

④ A) Plaintiff: Chiron Watkins
B) Defendants: NYC Police Department; P.O. Crenshaw; P.O. Woods; P.A.A. P.O. Pryor; Sgt. Lee; Sgt. Donohue    Status: In Process

6.  Is the case still pending? Yes ✓ No ____
    If NO, give the approximate date of disposition_____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
    _____ N/A _____

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed this 14th day of October, 2013.

Without Prejudice
UCC 1-207/1-308

Signature of Plaintiff   Chivon Watkins
Inmate Number           8951300862
Institution Address      AMKC
                        #18-18 Hazen Street
                        E. Elmhurst, NY 11370

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 14th day of October, 2013, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

without Compensation
UCC 1-207/1-308
Signature of Plaintiff   Chivon Watkins

Chiron Watkins
#45B00862
MKC 18-18 Hazen St
E Elmhurst, N.Y. 11370

United States District Court
Southern District of NY
Pro Se Office
U.S. Court House
500 Pearl & Street
New York, NY
10007-1312

2013 NOV 19 P 2:23
RECEIVED PRO SE OFFICE