USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: _____12/9/13____

**THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**Chiron Watkins**
Sabas Martinez
Joseph Daniels
Oliver Barclift
Aton Callens
Ricardo Grant
                Plaintiffs

        Against

MID HUDSON FORENSIC PSYCHIATRIC CENTER
                   ET. AL.

Ms. Peggi Healy, executive director

**AMENDED
COMPLAINT**

Under the Civil Rights Act
42 U.S.C. 1983

Jury Trial: YES

13 **CIV** 5993   (LAP)

Plaintiffs

(1)
Sabas Martinez
P.O. Box 2433
Amagansett, NY 11930
Tel: 631-329-5457

Detaineed
MID HUDSON FORENSIC PSYCHIATRIC CENTER
C # 13041

Suffolk County Correctional Facility Pin # 308488

Confrimation complaint # 101-118 1011    Justice Center @ 855-373-2122

Complaint # 8453445300    Internal Affairs – state Trooper ( Orange County Dept. of complaint)

(2)
Joseph Daniels
78 State Street
Staten Island, NY 10310
Tel: 347-873-8176

Detaineed
MID HUDSON FORENSIC PSYCHIATRIC CENTER
C # 13043

Rikers Island Correctional Facility



RECEIVED
DEC - 9 2013
PRO SE OFFICE

(3)
Oliver Barclift
2864 Cocklebur Road
Decatur, GA 30030

Detaineed
MID HUDSON FORENSIC PSYCHIATRIC CENTER
C # 13060

Rikers Island Correctional Facility

(4)
Aton Callens
1112 Mc Candless Street
Linden, NJ 07036

Detaineed
MID HUDSON FORENSIC PSYCHIATRIC CENTER
C # 13067

Rikers Island Correctional Facility

(5)
Ricardo Grant
Tel: 718-979-2135

Detaineed
MID HUDSON FORENSIC PSYCHIATRIC CENTER
C # 13032

Rikers Island Correctional Facility

CLAIM

Facts:
All persons except for treatment assistants has never presented any verified certification of occupation practiced. Person(s) except for treatment assistants has stepped outside their vocation acting as consultants in legal affairs and medication recommendations. Person(s) failed to present credential of medical law. Criminal law or counseling upon request. ET,AL.is accused of impersonation of such occupation.

As detainees I am unsafe because of patient J. Davis C# 13054 random assaults on patients while under staffs 2 to 1 observation.

As detainees of futher justice proceedings I am deprived of my right to a law library and proper legal resouces concerning preparation, gathering of facts and citations pertaining to the charges against me. As a detainee of criminal proceedings I am by law entitled to one hour recreation minimum per day. Which raises health concerns due to poor air circulation and ventilation. Accordance to minimum standards for NEW YORK CITY, Correctional Facility section 1-06(A-H); section 1-08 ( A,B(1),C(1), F
G (1) (3) (4), H, I, J (1) (2) (3).

Am I not in pre trial proceedings while detained?

Relief:

$ Thirty Million dollars in gold and silver coins. Both ~~private~~ and offical *Individual* capacity for endangering, jeopardizing, and depriving plaintiff(s) well being, safety, health, morals and values, and Constitutional & Federal rights, pain & suffering, mental & emotional stress.

$10,000 fine for violation of Federal, Human & New York States Rights Violation of U.S. Constitution Amendments 1,4,5,6,8,14, U.S. Constitution Article 6(2)(3)

$250,000 fine for impersonation.

**U.S. Constitution Article 1 Section 10 # 1** states: " No state shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit: **make any thing but gold and silver coins a Tender in payment of Debts**; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

without Prejudice
UCC 1-207/1-103

Date 11/22/13 _____ C. Watkins _____
Signature

Date 11/22/13 _____
Signature

Date 1/22/13 _____
Signature

Date 11/22/13 _____
Oliver
Brachft
Signature

Date 11/22/2013 _____
Without prejudice ucc1-207, ucc1-103
By: Jabari Martinez
with explicit reservation of all rights,
Signature

Date 11/2/2013 _____
Signature

Chiron Watkins C#12451
MID-HUDSON FORENSIC PSYCHIATRIC CENTER
2834 Route 17M
NEW HAMPTON, N.Y. 10958-0158

USM
B

Official Business

$ 00.46⁰
1A
04621534   DEC 04 2013
MAILED FROM ZIPCODE 10958

Pro Se Intake
12/6/2013

Clerk of
United States Dist
Southern district of

U.S. Court House
500 Pearl Street
New York, NY 10007

10007-31330

"To Support This Constitution; But no religious Test Shall EVER be required
as a Qualification To any Office or Public TRUST Under The United States"—
U.S. Constitution
Article VI Number 3.